IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DEBORAH MARKS _____     v.     ANTHEM LIFE INSURANCE CO. _____

HONORABLE H. RUSSEL HOLLAND          CASE NO.   2:13-cv-1084-HRH _____

PROCEEDINGS:     ORDER FROM CHAMBERS

The court is in receipt of the parties' *Case Status Report and Third Joint Stipulation for Voluntary Stay of Proceedings,*[1] filed January 15, 2014.  The request for stay is granted.

On or before February 5, 2014, the parties will please file a further report concerning the status of this case.

_____

[1]Docket No. 30.

Order from Chambers – Third Stipulation for Voluntary Stay                    - 1 -