IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DEBORAH MARKS,

                Plaintiff,

vs.

ANTHEM LIFE INSURANCE COMPANY, et al.,

                Defendants.

No. 2:13-cv-1084-HRH

O R D E R

Case Dismissed

The parties having stipulated[1] that this action be dismissed,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED at Anchorage, Alaska, this  22nd  day of July, 2014.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 43.